# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : Nos. 127 and 128 MM 2016
:
Respondent :
:
:
:
v. :
:
:
:
MARK KEVIN ANDREWS, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.